IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERRELL LENARD JORDAN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4287

Opinion filed December 5, 2014.

An appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED. *See Smith v. State*, 21 So. 3d 72, 76 (Fla. 1st DCA 2009) (trial

court's failure to hold limited hearing under *Sheppard v. State*, 17 So. 3d 275 (Fla.

2009) on defendant's *pro se* motion to withdraw plea is harmless error where record conclusively refutes allegations supporting the motion).

BENTON, WETHERELL, and MARSTILLER, JJ., CONCUR.